**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ROBERTO LOPEZ and MARIA LOPEZ,

    Plaintiffs,

v.                                              No. CV 20-911 KG/CG

STATE FARM FIRE AND CASUALTY
COMPANY,

    Defendant.

## ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Agreed Motion for Extension of Discovery Deadline* (the "Motion"), (Doc. 34), filed May 4, 2021. In the Motion, the parties explain that they mediated this case in an early, albeit unsuccessful, attempt to resolve this case, and that they worked together to resolve the issue of a potential appraisal process. *Id.* at 1. The parties further explain that, since their mediation and their resolution of the appraisal process issue, they have "engaged in written discovery to develop their claims and defenses." *Id.* As such, the parties request a sixty-day extension of certain dates and deadlines set forth in the Court's *Scheduling Order*, (Doc. 17). *Id.* at 2. The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Scheduling Order*, (Doc. 17), shall be modified as follows:

1. Discovery shall close on **July 1, 2021**;
2. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **July 15, 2021**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 17), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE