IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERTO LOPEZ and MARIA LOPEZ,

    Plaintiffs,                                       No. 2:20-cv-00911-KG-CG

v.

STATE FARM FIRE AND CASUALTY
COMPANY,

    Defendant.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the parties' Stipulated Motion to Dismiss, the Court having reviewed the pleadings, and being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Complaint filed herein and all remaining claims that were, or which could have been, asserted in this matter are hereby dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED,

GUEBERT GENTILE & PIAZZA P.C.

By  */s/ Clinton E. Dow*
       Terry R. Guebert
       Elizabeth M. Piazza
       Clinton E. Dow
       P.O. Box 93880
       Albuquerque, NM 87199-3880
       (505) 823-2300
       tguebert@guebertlaw.com
       epiazza@guebertlaw.com
       cdow@guebertlaw.com
       *Attorneys for Defendant*


By   */s/ Electronic approval received 6/30/2021*
       M. Mitchell Moss
       Cindy M. Vasquez
       Moss Legal Group
       5845 Cromo Drive, Suite 2
       El Paso, TX 79912
       (915) 703-7307
       mitch@mosslegalsolutions.com
       Cindy@mosslegalsolutions.com
       *Attorney for Plaintiff*